# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOARD OF ETHICS IN THE
MATTER OF MICHELLE BARNETT

NO.   2020 CW 0990

CONSOLIDATED WITH

NO.   2020 CW 1022

**DECEMBER 21, 2020**

In Re:    Michelle Barnett, applying for supervisory writs, Ethics Adjudicatory Board, No. 2015-0662.

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.** The August 21, 2020 judgment denying Michelle Barnett's motion for summary judgment and the August 25, 2020 judgment denying Ms. Barnett's motion in limine are appealable. See La. R.S. 42:1142; **Board of Ethics in Matter of Savoie,** 2017-0077 (La. App. 1st Cir. 8/7/17), 224 So.3d 1246. Thus, this writ is granted for the limited purpose of remanding this matter to the Ethics Adjudicatory Board with instructions to grant relator, Michelle Barnett, an appeal from each judgment pursuant to the August 31, 2020 and September 23, 2020 Notices of Intent to Apply for Supervisory Writ. See **In Re Howard,** 541 So. 2d 195, 197 (La. 1989) (per curiam). In the event relator seeks to appeal, she shall submit new orders for appeal to the Ethics Adjudicatory Board within 15 days of this order. A copy of this order is to be included in the appellate records.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT